IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 17-827 (EGS) |
| ) | |
| U.S. DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES and ) | |
| OFFICE OF MANAGEMENT AND BUDGET ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFF'S RESPONSE TO THE MOTION FOR LEAVE TO INTERVENE
OF THE COMMITTEE ON WAYS AND MEANS OF THE
U.S. HOUSE OF REPRESENTATIVES**

On September 15, 2017, the Committee on Ways and Means of the U.S. House of Representatives ("Committee") filed a motion for leave to intervene in this litigation on the basis that four of the records produced to Plaintiff by Defendants the Department of Health and Human Services ("HHS") and the Office of Management and Budget ("OMB") were confidential congressional records not subject to the Freedom of Information Act ("FOIA"). *See* Mem. in Support of Mot. for Leave to Intervene ("Mot. to Intervene"), ECF No. 19. On September 20, 2017, Plaintiff filed a motion to modify the briefing schedule on the motion to intervene, requesting that the briefing on that motion be aligned with the existing summary judgment briefing schedule. *See* Mot. to Modify Briefing Schedule, ECF No. 22.

Upon further consideration of the issue, and in the interest of streamlining the issues before the Court, Plaintiff hereby states that although Plaintiff disagrees that the Committee has a legally protected interest at stake in this litigation, Plaintiff does not intend to oppose the Committee's motion for leave to intervene in this litigation and make arguments on its own

behalf. This response should not be construed as a concession or waiver of any arguments Plaintiff may make in response to the Committee's motion for summary judgment.[1]

As Plaintiff does not intend to file a brief in opposition to the Committee's motion, Plaintiff has withdrawn its previous motion to modify the briefing schedule on the Committee's Motion for Leave to Intervene.

Dated: September 26, 2017                                    Respectfully submitted,

/s/ Sara Kaiser Creighton
Sara Kaiser Creighton
D.C. Bar No. 1002367
Austin R. Evers
D.C. Bar No. 1006999
John E. Bies
D.C. Bar No. 483730
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
sara.creighton@americanoversight.org
austin.evers@americanoversight.org
john.bies@americanoversight.org
*Counsel for Plaintiff*

---

[1] For the reasons to be laid out in Plaintiff's forthcoming opposition to the Committee's motion for summary judgment, among other things, Plaintiff disagrees that the four email chains at issue are in fact congressional records not subject to FOIA. Thus, the Committee does not ultimately have a legally protected interest at issue in this litigation. However, in light of the D.C. Circuit's admonishment that federal courts must "assume, *arguendo*, the merits of [the plaintiff's] legal claim" for purposes of standing and intervention, *see Parker v. Dist. of Columbia*, 478 F.3d 370, 377 (D.C. Cir. 2007); *see also United States v. Am. Tel. & Telegraph Co.*, 642 F.2d 1285, 1291 (D.C. Cir. 1980) ("Intervention here is in essence a question of standing . . . ; a determination of the merits . . . is not appropriate at this threshold stage."), Plaintiff will reserve for summary judgment briefing its arguments in response to the Committee's claims.

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2017, I electronically filed a copy of the foregoing Response to the Motion for Leave to Intervene of the Committee on Ways and Means of the U.S. House of Representatives. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Sara Kaiser Creighton
Sara Kaiser Creighton