UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, et al.,<br><br>          Defendants. | Civ. Action No. 17-827(EGS/DAR) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Magistrate Judge Robinson's Report and Recommendation ("R. & R.") as to Plaintiff's Motion for Judgment on the Pleadings, *see* ECF No. 48; is **ADOPTED**; and Plaintiff's Motion for Judgment on the Pleadings, *see* ECF No. 45; is **DENIED; and** it is further

**ORDERED** that Magistrate Judge Robinson's R. & R. as to Defendants' Motion for Summary Judgment, *see* ECF No. 49; is **ADOPTED IN PART** and **REJECTED IN PART.**[1] Defendants' Motion for

---

[1] The portions of the R. &. R that are rejected are: (1) Magistrate Judge Robinson's finding that some statements in the affidavits are not specific enough to establish deliberative process privilege and Magistrate Judge Robinson's related recommendation that the agency submit further affidavits, *see* R. & R., ECF No. 49 at 21; and (2) the portions related to CWM's Motion for Summary Judgment, which the Court finds as moot.

Summary Judgment, *see* ECF No. 25; is **GRANTED IN PART** as to the adequacy of its search and the validity of Exemption 5 for the records at issue, but **DENIED IN PART** as to the factual information in the documents, as well as the meeting attendee names, and locations associated with redacted calendar entries. Plaintiff's Cross-Motion for Summary Judgment, *see* ECF No. 30; is **GRANTED IN PART** as to the factual information, and redacted meeting locations and attendee names, and **DENIED IN PART** as to the calendar entries covered by Exemption 5, as well as the requests for in-camera review and discovery; and it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment, *see* ECF No. 30; for is **HELD IN ABEYANCE** as to the talking points for which supplemental briefing is necessary, and it is further

**ORDERED** that the parties shall submit, by no later than June 27, 2022, a Joint Status Report regarding the status of the disclosures and supplemental briefing ordered by this Court.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **May 27, 2022**