IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES et al.,<br><br>*Defendants*.<br><br>COMMITTEE ON WAYS AND MEANS OF<br>THE U.S. HOUSE OF REPRESENTATIVES,<br><br>*Defendant-Intervenor*. | Case No. 17-cv-827-EGS |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff American Oversight appeals to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment (ECF No. 85) entered in this action on August 26, 2022, and from the Memorandum Opinion (ECF No. 81) and Order (ECF No. 80) entered on the docket on May 27, 2022, reflected in that judgment.

Dated: October 25, 2022

Respectfully submitted,

*/s/ Katherine M. Anthony*
Katherine M. Anthony
D.C. Bar No. 1630524
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org

*Counsel for Plaintiff*