IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> and <br><br> OFFICE OF MANAGEMENT AND BUDGET <br><br> *Defendants*. | Case No. 17-cv-00827 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of July 30, 2024, the parties respectfully submit the following:

1. On May 17, 2024, the D.C. Circuit issued its decision in this case, and on July 9, 2024, the mandate from the D.C. Circuit was filed on the docket in this case.

2. Plaintiff American Oversight and Defendants the United States Department of Health and Human Services and Office of Management and Budget have conferred regarding the next steps in this case.

3. OMB will re-process the records it previously processed in this case consistent with the D.C. Circuit's opinion. OMB expects to complete its further processing and productions by October 7, 2024. Defendants understand that Defendant-Intervenor Committee on Ways and Means of the U.S. House of Representatives intends to file a revised motion for summary judgment concerning the four documents identified in

1

bates number in paragraph 6 by October 1, 2024. As a courtesy to Defendant-Intervenors, OMB agrees not to produce those four documents before October 2, 2024, and, in the event Defendant-Intervenor files a revised motion for summary judgment concerning those four documents, OMB agrees not to produce the four documents during the pendency of that motion.

4. HHS will re-process the records it previously processed in this case consistent with the D.C. Circuit's opinion. HHS expects to complete its further processing and productions by October 7, 2024. Defendants understand that Defendant-Intervenor Committee on Ways and Means of the U.S. House of Representatives intends to file a revised motion for summary judgment concerning the four documents identified in bates number in paragraph 6 by October 1, 2024. As a courtesy to Defendant-Intervenors, HHS agrees not to produce those four documents before October 2, 2024, and, in the event Defendant-Intervenor files a revised motion for summary judgment concerning those four documents, HHS agrees not to produce the four documents during the pendency of that motion.

5. Although the D.C. Circuit found that HHS's search for responsive records was inadequate, due to the passage of time and shifting priorities during that time, Plaintiff and Defendant agree that HHS need not undertake an additional search for records.

6. Defendant-Intervenor Committee on Ways and Means of the U.S. House of Representatives understands that the documents that were the subject of its September 26, 2017 motion for summary judgment (OMB-American Oversight-000988 to 001030; HHS-Sept 2017-01621 to 01623; HHS-Sept 2017-01624 to 01627; HHS-

Sept 2017-01628 to 01635) are included in the records referenced in paragraphs 3 and 4 of this report.

7. The parties understand that Defendant-Intervenor intends to renew its argument that these documents are congressional records not subject to the Freedom of Information Act and, accordingly, that Plaintiff is not entitled to compel production of these records. Defendant-Intervenor intends to file a revised motion for summary judgment by October 1, 2024. Plaintiff and Defendants reserve the right to respond to Defendant-Intervenor's revised motion.

8. Defendant-Intervenor understands that these documents will not be produced before that date or during the pendency of its motion for summary judgment.

9. Plaintiff and Defendants propose to submit a further joint status report on or before October 29, 2024.

Dated:   August 30, 2024

*/s/ Katherine M. Anthony*
Katherine M. Anthony
D.C. Bar No. 1630524
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.m.anthony@americanoversight.org

*Counsel for Plaintiff*

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Rebecca Kopplin*
Rebecca Kopplin
Trial Attorney
(California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendants*

*/s/ Matthew B. Berry*
Matthew B. Berry (D.C. Bar No. 1002470)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
  *Deputy General Counsel*
Brooks M. Hanner (D.C. Bar No. 1005346)
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Matthew.Berry@mail.house.gov

*Counsel for Intervenor-Defendant*