# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HEALTH AND HUMAN ) <br> SERVICES, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 1:17-cv-827-EGS |

## [PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF THE COMMITTEE ON WAYS AND MEANS OF THE U.S. HOUSE OF REPRESENTATIVES

Upon consideration of the Defendant-Intervenor's Motion for Summary Judgment and Memorandum of Points and Authorities in Support of the Committee on Ways and Means of the U.S. House of Representatives (ECF No. 96), and the entire record, it is hereby

**ORDERED** that Defendant-Intervenor's motion is **GRANTED**; and it is

**DECLARED** that the documents at issue in the motion (OMB-American Oversight-000988 to 001029; HHS—Sept 2017—01621 to 01623; HHS—Sept 2017—01624 to 01627; HHS—Sept 2017—01628 to 01635) are Congressional records and therefore not subject to the Freedom of Information Act, 5 U.S.C. § 552.

_____  
Date

_____  
HON. EMMET G. SULLIVAN  
United States District Judge