IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>and<br><br>OFFICE OF MANAGEMENT AND BUDGET<br><br>*Defendants*. | Case No. 17-cv-00827 (EGS) |

## JOINT STIPULATION

The parties (Plaintiff American Oversight, Defendants U.S. Department of Health and Human Services (HHS) and Office of Management and Budget, and Defendant-Intervenor Committee on Ways and Means of the U.S. House of Representatives (Committee)) have conferred and jointly stipulate to the following:

1. This case is before the Court on remand from the D.C. Circuit. Consistent with the D.C. Circuit's opinion, HHS re-processed records that it previously processed in this case. *See* ECF No. 92, ¶ 4. During HHS's re-processing efforts, HHS discovered an additional document that contains the Committee's legend (the new document). HHS did not previously produce the new document to Plaintiff. The new document is an additional version of the email chain, with one new email message described in paragraph 2 below, that is included in three of the Legended Documents on which the Committee moved for summary judgment on October 1, 2024. *See* ECF 96 (Committee's motion for summary

1

judgment). HHS agreed not to produce the new document to Plaintiff while the Committee's summary judgment motion is pending.

2. The new document is substantially similar to three of the Legended Documents but contains one email message that was not part of the email chain included in the Legended Documents: an April 26, 2017 email from an HHS employee to Committee staff members. The remaining portion of the new document is identical to portions of the email chain included in the Legended Documents.

3. In light of the substantial similarity between the new document and the Legended Documents, the parties agree that the Court's forthcoming decision on the Committee's motion for summary judgment and Plaintiff's cross-motion for summary judgment will apply to the new document. That is, the parties agree that they will apply the Court's judgments on these motions to the new document.

Dated: October 18, 2024

/s/ Emma Lewis
Emma Lewis
D.C. Bar No. 144574
Katherine M. Anthony
D.C. Bar No. 1630524
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Rebecca Kopplin
Rebecca Kopplin
Trial Attorney
(California Bar No. 313970)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendants*

<u>/s/ Matthew B. Berry</u>
Matthew B. Berry (D.C. Bar No. 1002470)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
  *Deputy General Counsel*
Brooks M. Hanner (D.C. Bar No. 1005346)
  *Associate General Counsel*
Bradley Craigmyle (IL Bar No. 6326760)
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Matthew.Berry@mail.house.gov

*Counsel for Intervenor-Defendant*